# Exhibit A



Ashley Posey <ashley@humble.law>

# FOIA Request (Records Related to FCA)
1 message

**Ashley Posey** <ashley@humble.law>  Wed, May 1, 2024 at 1:12 PM
To: FOIASTAFF@cigie.gov

Good afternoon,

I submit the following FOIA request:

Date of Request: 5/1/2024
Name: Ashley Posey
Address: 2310 Santa Fe Pike, Columbia, TN 38401
Phone Number: (757) 570-5014
Email: ashley@humble.law

All CIGIE records and reports of investigations or complaints from 2016 through present involving any person or entity associated with, or employed by, the Farm Credit Administration. This includes, but is not limited to, investigations and/or complaints involving the following individuals: Vincent Logan, Jeffery Hall, Glen Smith, Wendy LaGuarda, Maribel Duran, Thais Burlew, David Grahn, Thomas Fay, Jane Virga, Ashley Waldron, Michael Duffy, Kevin Kramp, Jeremy D'Antoni, Sandi Walters, Jerald Golley, Trevor Reuschel, and S. Robert Coleman.

Thank you,

## Ashley M. Posey

**Associate Attorney**

**O:** (205) 358-3100

**C:** (757) 570-5014

**E:** ashley@humble.law



**Visit our website at www.humble.law.**



NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This electronic mail transmission and any files attached hereto may constitute an attorney-client communication or attorney work product which are both privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that the address record may be corrected.