# Exhibit B



Ashley Posey &lt;ashley@humble.law&gt;

# CIGIE FOIA Request 2024-108 - Acknowlegement
1 message

**CIGIE FOIA Staff** &lt;foiastaff@cigie.gov&gt;      Fri, May 3, 2024 at 10:52 AM
To: Ashley Posey &lt;ashley@humble.law&gt;

Ms. Posey,

Please see attached acknowledgement of your FOIA request.

Best,

CIGIE FOIA Staff

This email may contain personal information or information that may be confidential and subject to the attorney-client privilege, work-product doctrine, or other applicable protection. If you are not the intended recipient of this email, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.

📎 **2024 May 3 signed Acknowledgment Letter re 2024 108.pdf**
212K



May 3, 2024

<u>Via Email</u>
Ashley Posey
ashley@humble.law

Subject: CIGIE Freedom of Information/Privacy Act Request 6330-2024-108

Dear Ms. Posey:

This is in response to your Freedom of Information Act (FOIA) request dated May 1, 2024, to the Council of the Inspectors General on Integrity and Efficiency (CIGIE). This request was assigned FOIA case number 6330-2024-108. Please cite this number in any further inquiry about this request. In your own words, you have requested the following:

> *All CIGIE records and reports of investigations or complaints from 2016 through present involving any person or entity associated with, or employed by, the Farm Credit Administration. This includes, but is not limited to, investigations and/or complaints involving the following individuals: Vincent Logan, Jeffery Hall, Glen Smith, Wendy LaGuarda, Maribel Duran, Thais Burlew, David Grahn, Thomas Fay, Jane Virga, Ashley Waldron, Michael Duffy, Kevin Kramp, Jeremy D'Antoni, Sandi Walters, Jerald Golley, Trevor Reuschel, and S. Robert Coleman.*

This letter serves to acknowledge your request. It will be handled under the provisions of the Freedom of Information Act (5 U.S.C. §552) and the Privacy Act (5 U.S.C. §552a). If you have questions about this response, you may send an email to [FOIASTAFF@cigie.gov](mailto:FOIASTAFF@cigie.gov).

Sincerely,

Aaron Lloyd
Deputy General Counsel
FOIA Public Liaison