# Exhibit C



# CIGIE FOIA Request 6330-2024-108

1 message

**Ashley Posey** <ashley@humble.law>  Tue, May 14, 2024 at 2:16 PM
To: FOIASTAFF@cigie.gov

Good afternoon,

I wanted to see whether there may be a status update on this request. While the request did not appear to qualify for the Expedited Basis based on the explanation I read when submitting the request, we do have a pending petition for a writ of mandamus (and other requested relief) in the Middle District of Tennessee (*Kittle v. Biden*, Case 1:24-cv-00025), and the requested information is needed in connection with that ongoing matter. As such, I was cautiously hopeful of having it processed on a somewhat "expedited" basis, as discovery in that matter has not yet commenced, and I am unable to submit non-party subpoenas at this point in time. However, we are awaiting the information in this request in order to amend our petition to add in additional allegations / parties, assuming the requested information shows what we believe it will show.

Thank you,

Ashley

## Ashley M. Posey

**Associate Attorney**

**O:** (205) 358-3100

**C:** (757) 570-5014

**E:** ashley@humble.law



**Visit our website at www.humble.law.**



NOTICE: This email is covered by the Electronic Communications Privacy Act, 18 U.S.C. §§2510-2521 and is legally privileged. This electronic mail transmission and any files attached hereto may constitute an attorney-client communication or attorney work product which are both privileged at law. It is not intended for transmission to, or receipt by, any unauthorized persons. If you have received this electronic mail transmission in error, please delete it from your system without copying it, and notify the sender by reply e-mail so that the address record may be corrected.