# Exhibit D



Ashley Posey <ashley@humble.law>

# RE: {EXTERNAL} CIGIE FOIA Request 6330-2024-108
1 message

**CIGIE FOIA Staff** <foiastaff@cigie.gov>  
To: Ashley Posey <ashley@humble.law>, CIGIE FOIA Staff <foiastaff@cigie.gov>

Wed, May 15, 2024 at 1:18 PM

Thank you for your inquiry.

I do not have any update on your request at this point, but I will inquire and see if there is anything we can do to expedite your request.

We do have quite a long backlog of requests.


Sincerely,


CIGIE FOIA Staff



This email may contain personal information or information that may be confidential and subject to the attorney-client privilege, work-product doctrine, or other applicable protection. If you are not the intended recipient of this email, you are prohibited from sharing, copying, or otherwise using or disclosing its contents.

---

**From:** Ashley Posey <ashley@humble.law>  
**Sent:** Tuesday, May 14, 2024 3:17 PM  
**To:** CIGIE FOIA Staff <foiastaff@cigie.gov>  
**Subject:** {EXTERNAL} CIGIE FOIA Request 6330-2024-108

> This email originated from outside of CIGIE. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Good afternoon,

I wanted to see whether there may be a status update on this request. While the request did not appear to qualify for the Expedited Basis based on the explanation I read when submitting the request, we do have a pending petition for a writ of mandamus (and other requested relief) in the Middle District of Tennessee (*Kittle v. Biden*, Case 1:24-cv-00025), and the requested information is needed in connection with that ongoing matter. As such, I was cautiously hopeful of having it processed on a somewhat "expedited" basis, as discovery in that matter has not yet commenced, and I am unable to submit non-party subpoenas at this point in time. However, we are awaiting the information in this request in order to amend our petition to add in additional allegations / parties, assuming the requested information shows what we believe it will show.

Thank you,

Ashley